**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BRIGHTON/SHAW, INC., et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**ROBERT S. CARSON, CRAIG A.** )<br>**DAVIS, et al,** )<br>)<br>**Defendants** )<br>_____ ) | **CV F 06-1136 AWI SMS**<br>**New Case Number**<br><br>**CV F 06-1136 OWW LJO**<br>**Old Case number**<br><br>**ORDER RELATING CASES**<br><br>**ORDER REFERRING MOTION TO REMAND TO MAGISTRATE JUDGE** |

  The court finds that the above-captioned action is similar to <u>Naoko Ito, et al. v. Brighton/Shaw, Inc. et al.</u>, CV F 06-1135 AWI SMS in that both cases appear to involve similar questions of fact and law and assignment to the same judge is likely to effect a substantial savings of judicial effort. <u>See</u> Local Rule 83-123.

  Therefore, IT IS HEREBY ORDERED THAT:

1. Thee above-captioned action, being the higher numbered case, is REASSIGNED to the same Judge and Magistrate Judge as the lower numbered case;

2. All future pleadings filed in the above-captioned action shall include the new case number, CV F 06-1136 AWI SMS;

3. The motion for remand pending in CV F 06-1136 AWI SMS, currently set on the calendar of Judge Oliver W. Wanger, is REFERRED to Magistrate Judge Sandra M. Snyder.

IT IS SO ORDERED.

**Dated:** **September 25, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                        UNITED STATES DISTRICT JUDGE