IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHTON/SHAW, INC., et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>ROBERT S. CARSON, CRAIG A. DAVIS, CINDY D. DAVIS, JOHN E. QUIRING, FUMITOSHI ITO, JUNKO OYAMA, MICHIKO MORINAGA, KIMIKO MIYOSHI PRICE, SHIZYO MIYOSHI, HIROMICHI OYAMA, IQ PROPERTIES-BHLP, a California limited partnership, JAPAN INVESTMENT MANAGEMENT AGENCY, et al.,<br><br>      Defendants. | **OLD** CASE NO.:<br>1:06-cv-01136-AWI-**SMS**<br><br>**ORDER OF RECUSAL AND RE-SETTING MOTION TO REMAND (Doc. 9)**<br><br>**NEW** CASE NO.:<br>1:06-cv-01136-AWI-**DLB**<br><br>\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*<br>Motion to Remand Proceedings:<br>**Old**: 11/17/06, 9:30am, Ctrm. 7/**SMS**<br>**New**: 12/15/06, 9:00am, Ctrm. 9/**DLB**<br><br><br>\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* |
| NAOKO ITO, et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>BRIGHTON/SHAW, INC., et al.,<br><br>      Defendants. | **OLD** CASE NO.:<br>1:06-cv-01135-AWI-**SMS**<br><br>**ORDER OF RECUSAL**<br><br>**NEW** CASE NO.:<br>1:06-cv-01135-AWI-**DLB** |

//

/

1

On September 26, 2006, the Court found the above-captioned cases to be similar, involving similar questions of fact and law, reassigned the higher-numbered case to the same Magistrate Judge assigned to the lower-numbered case, that being Magistrate Judge Sandra M. Snyder, to effect substantial savings of judicial effort and, therefore, referred defendants' Davis motion to remand proceedings (Doc. 9) also to Judge Snyder.

However, it appearing to the undersigned, the Magistrate Judge to whom these cases are presently assigned, that disqualification pursuant to 28 U.S.C. § 455 is appropriate.

IT IS THEREFORE ORDERED that:

1. The undersigned recuses herself as the Magistrate Judge to whom these cases are assigned;

2. These cases be REASSIGNED from the docket of Magistrate Judge Sandra M. Snyder (SMS) to the docket of Magistrate Judge Dennis L. Beck (DLB), and that all future pleadings and/or correspondence be hereinafter correctly numbered as:

**1:06-cv-01136-AWI-DLB**

**-and-**

**1:06-cv-01135-AWI-DLB**

Counsel are herein advised that use of an incorrect case number, including the magistrate judge's initials, may result in documents being incorrectly calendared by the appropriate judicial officer or staff; and,

3. Defendants' Davis Motion to Remand Proceedings, filed September 19, 2006 (Doc. 9), is CONTINUED from November 17, 2006 at 9:30 a.m. in Courtroom No. 7 on the Sixth Floor before Magistrate Judge Sandra M. Snyder (SMS) TO December 15, 2006 at 9:00 a.m. in

Courtroom No. 9 on the Sixth Floor before Magistrate Judge Dennis L. Beck (DLB).

IT IS SO ORDERED.

**Dated:   November 16, 2006**          **/s/ Sandra M. Snyder**
icido3                                  UNITED STATES MAGISTRATE JUDGE